```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 2 1 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

        -v.-                    :

EVALDAS RIMASAUSKAS,              :

        Defendant.             :

- - - - - - - - - - - - - - - - - - x

**SEALED ORDER**

16 Cr. 841

      Upon the application of the United States of America, by JOON H. KIM, Acting United States Attorney for the Southern District of New York, by Eun Young Choi, Assistant United States Attorney; it is hereby

      ORDERED that the Indictment and the arrest warrant in the above-captioned case are currently sealed and the United States Attorney's Office has applied to have the case unsealed; it is therefore

      ORDERED that the Indictment, arrest warrant and docket in the above-captioned action are unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         March 21, 2017

                                  _____
                                  HONORABLE HENRY B. PITMAN
                                  United States Magistrate Judge
                                  Southern District of New York