U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUL 1 0 2018

July 9, 2018

**BY ECF and FAX: (212) 805-6737**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Evaldas Rimasauskas*, 16 Cr. 841 (GBD)**

Dear Judge Daniels:

The Government respectfully submits this letter to request a brief adjournment of the upcoming status conference, presently scheduled for July 11, 2018, at 10:00 AM, in the above-captioned matter. The Government has consulted with Daniel Parker, defense counsel for Evaldas Rimasauskas, and the parties respectfully request that the conference be adjourned, in light of a scheduling conflict. In addition, the Government and defense counsel are presently engaging in negotiations with an eye towards disposition of this matter, and need additional time to complete those discussions. Accordingly, the parties respectfully request an adjournment to September 19, 2018 at 10:00 am, a date that Chambers has indicated the Court is available.

The Government further respectfully requests that the time until the date of the rescheduled conference be excluded pursuant to the provisions of the Speedy Trial Act to permit the parties to continue discussions regarding a pre-trial resolution of this complex matter. The Government has conferred with defense counsel for Rimasauskas, who consents to the exclusion of time.

Case 1:16-cr-00841-GBD   Document 20   Filed 07/10/18   Page 2 of 2
Case 1:16-cr-00841-GBD   Document 17   Filed 07/09/18   Page 2 of 2

Page 2

A proposed endorsement for the Court's consideration is below.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

By: *Eun Young Choi*

Eun Young Choi
Olga Zverovich
Assistant United States Attorneys
Southern District of New York
(212) 637-2187/2514

**ENDORSEMENT:**

Upon the application of the United States of America, by and through Assistant United States Attorneys Eun Young Choi and Olga Zverovich, and with the consent of the defendant by and through his counsel, it is hereby

ORDERED that the conference in this matter is adjourned until September 19, 2018 at 10:00 am, and it is further

ORDERED that the time between the date of this Order and September 19, 2018 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it would permit the parties to further discuss a possible pre-trial disposition of this complex matter.

Dated:   New York, New York
         July **10**, 2018

*George B. Daniels*
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

cc: Defense Counsel (via ECF)