UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

        -against-

EVALDAS RIMASAUSKAS,

                    Defendant.
------------------------------------x

ORDER

16 Crim. 841 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The conference scheduled for November 7, 2018 is adjourned to December 12, 2018 at 10:00 am.

Dated: New York, New York
       October 23, 2018

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge