*Paul D. Petrus Jr.*

Attorney at Law & Associates, P.C.

The Empire State Building
350 Fifth Ave., Suite 4020
New York, NY 10118
212.564.2440
www.petruslaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 0 2019

July 8, 2019

**SO ORDERED**

The sentencing is adjourned from July 24, 2019 to September 25, 2019 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

JUL 1 0 2019

The Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11A
New York, NY 10007-1312

Re: USA v. Evaldas Rimasauskas, 16 CR 841 (GDB)

Dear Judge Daniels:

    Greetings. I write to request an adjournment for the above-mentioned case scheduled for a Sentencing on July 24, 2019, before your Honor. I wish to adjourn this matter to the afternoon of September 17, 2019, or thereafter that week. There has been no previous request for adjournments from the defense, and the US Attorney's and US Probation Officer do not object.

    Thank you for your consideration. Please advise.

Yours,

Paul D. Petrus Jr.



*Paul D. Petrus Jr.*

Attorney at Law & Associates, P.C.

cc: Assistant U.S. Attorney
    Eun Young Choi
    Olga Zverovich
    One St. Andrews Plaza
    New York, NY 10007
    Via Email: eun.young.choi@usdoj.gov and olga.zverovich@usdoj.gov

Emily Frankelis U.S. Probation Officer Specialist
500 Pearl Street
New York, NY 10007
Via Email: Emily_Frankelis@nysp.uscourts.gov