**A**

J3knrimp

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4              v.                        16 Cr. 841 (GBD)

5   EVALDAS RIMASAUSKAS,

6              Defendant.               Plea

7   ------------------------------x

8                                       New York, N.Y.
                                        March 20, 2019
9                                       10:15 a.m.

10  Before:

11
                    HON. GEORGE B. DANIELS,
12
                                        District Judge
13
                         APPEARANCES
14
    GEOFFREY S. BERMAN
15       United States Attorney for the
         Southern District of New York
16  BY:  EUN YOUNG CHOI
         OLGA ZVEROVICH
17       Assistant United States Attorneys

18  PAUL D. PETRUS JR.
         Attorney for Defendant
19
    ALSO PRESENT:
20
    Andrew Tarutz, Interpreter (Russian)
21  Special Agent Jonathan Polonitza, FBI

22

23

24

25

J3knrimp

1

2              (Case called)

3              THE LAW CLERK:  Would the parties please make your

4    appearances for the record, starting with the government.

5              MS. CHOI:  Good morning, your Honor.  Eun Young Choi

6    and Olga Zverovich for the government.  With us at counsel

7    table is FBI Special Agent Jonathan Polonitza.

8              MR. PETRUS:  Good morning, your Honor.  Paul Petrus on

9    behalf of Evaldas Rimasauskas.

10             THE COURT:  Let me start with the government.

11             What is the status from the government's perspective?

12             MS. CHOI:  Your Honor, we believe that the defendant

13   is prepared to plead guilty to a plea agreement to Count One of

14   the indictment in this case today.

15             THE COURT:  Mr. Petrus?

16             MR. PETRUS:  That is correct, your Honor.

17             THE COURT:  All right.

18             Please swear in the defendant.

19             (Defendant sworn)

20             THE COURT:  You can be seated.

21             Now, sir, do you understand that you are now under

22   oath and that if you answer any of my questions falsely, your

23   false or untrue answers may later be used against you in

24   another prosecution for perjury or making a false statement?

25             Do you understand that?

J3knrimp

1          THE DEFENDANT:  Yes.

2          THE COURT:  What is your full name, sir?

3          THE DEFENDANT:  Evaldas Rimasauskas.

4          THE COURT:  How old are you?

5          THE DEFENDANT:  50.

6          THE COURT:  How far did you go in school?

7          THE DEFENDANT:  College graduate.

8          THE COURT:  And can you understand the interpreter

9  clearly?

10          THE DEFENDANT:  Yes.

11          THE COURT:  And I would ask the interpreter if he can

12  understand the defendant.

13          THE INTERPRETER:  Yes, I do.

14          THE COURT:  Sir, are you now or have you recently been

15  under of care of a doctor or psychiatrist?

16          THE DEFENDANT:  No.

17          THE COURT:  Have you ever been treated or hospitalized

18  for any mental illness or any type of drug or alcohol

19  addiction?

20          THE DEFENDANT:  No.

21          THE COURT:  And in the past 24 hours, have you taken

22  any drugs, medicine, or pills?

23          THE DEFENDANT:  No.

24          THE COURT:  Is your mind clear today?

25          THE DEFENDANT:  Yes.

J3knrimp

| | |
|---|---|
| 1 | THE COURT:  Are you feeling well today? |
| 2 | THE DEFENDANT:  Yes. |
| 3 | THE COURT:  Do either counsel have any doubt as to the |
| 4 | defendant's competence to plead at this time? |
| 5 | MS. CHOI:  None from the government, your Honor. |
| 6 | MR. PETRUS:  Nothing, your Honor. |
| 7 | THE COURT:  Then, sir, your attorney has informed me |
| 8 | that you wish to withdraw your plea of not guilty and that you |
| 9 | wish to plead guilty to Count One of indictment which charges |
| 10 | wire fraud. |
| 11 | Is that what you wish to do today? |
| 12 | THE DEFENDANT:  Yes. |
| 13 | THE COURT:  Have you had a full opportunity to discuss |
| 14 | your case with your attorney and to discuss the consequences of |
| 15 | entering a plea of guilty? |
| 16 | THE DEFENDANT:  Yes. |
| 17 | THE COURT:  And are you satisfied with your attorney |
| 18 | and his representation of you? |
| 19 | THE DEFENDANT:  Yes. |
| 20 | THE COURT:  Then on the basis of the defendant's |
| 21 | responses to my questions and my observations of his demeanor, |
| 22 | I find that he is fully competent to enter an informed plea at |
| 23 | this time. |
| 24 | Sir, before I accept any plea from you, I am going to |
| 25 | ask you certain questions.  These questions are intended to |

J3knrimp

1    satisfy me that you wish to plead guilty because you are in

2    fact guilty and that you fully understand the consequences of

3    your guilty plea.

4            If you do not understand a question, please stop me

5    and ask either me or your attorney for a further explanation.

6            Is that clear?

7            THE DEFENDANT:  Yes.  Thank you.

8            THE COURT:  Now, I am first going to describe to you

9    certain rights that you have under the Constitution and laws of

10   the United States.  You will be giving up these rights if you

11   enter a plea of guilty.  So please listen carefully, because at

12   the end of my description of all of your rights, I will again

13   ask you whether you fully understood all that I have said, OK?

14           THE DEFENDANT:  Yes.

15           THE COURT:  First of all, under the Constitution and

16   laws of the United States, you have a right to a speedy and

17   public trial by a jury on all the charges against you that are

18   contained in the indictment.

19           Do you understand that?

20           THE DEFENDANT:  Yes, I understand.

21           THE COURT:  If there were a trial, you would be

22   presumed innocent, and the government would be required to

23   prove your guilt by competent evidence and beyond a reasonable

24   doubt.  You would not have to prove that you were innocent at

25   trial.

J3knrimp

1           Do you understand that?

2           THE DEFENDANT:  Yes.

3           THE COURT:  If there were a trial, you would have a

4    right to be represented by an attorney at that trial and any

5    related proceedings thereafter, and if you could not afford an

6    attorney one would be provided to you free of cost.

7           Do you understand that?

8           THE DEFENDANT:  Yes, I understand.

9           THE COURT:  If there were a trial, you would have the

10   right to see and hear all of the witnesses against you, and

11   your attorney could cross-examine those witnesses, and you

12   would have a right to have subpoenas issued or other compulsory

13   process used to compel witnesses to testify in your defense.

14          Do you understand that?

15          THE DEFENDANT:  Yes, I understand.

16          THE COURT:  If there were a trial, you would have a

17   right to testify if you wanted to, but no one could force you

18   to testify if you did not want to.  Further, no inference or

19   suggestion of guilt could be drawn by the jury if you chose not

20   to testify at a trial.  You could go to trial without

21   testifying or calling any witnesses or presenting any evidence

22   whatsoever.

23          Do you fully understand that?

24          THE DEFENDANT:  Yes, I understand.

25          THE COURT:  Do you understand each and every one of

J3knrimp

1   these rights that I have just indicated to you?

2           THE DEFENDANT:  Yes, absolutely.

3           THE COURT:  And do you understand that by entering a

4   plea of guilty today, you are giving up each and every one of

5   these rights, that you are waiving these rights, and that you

6   will have no trial?

7           Do you understand that?

8           THE DEFENDANT:  Yes, I understand.

9           THE COURT:  Do you understand that you can change your

10  mind right now and refuse to enter a plea of guilty; you do not

11  have to enter this plea of guilty if you do not want to for any

12  reason.

13          Do you fully understand that?

14          THE DEFENDANT:  I understand that.

15          THE COURT:  Have you received a copy of the

16  indictment?

17          THE DEFENDANT:  Yes.

18          THE COURT:  And have you had it translated to you?

19          THE DEFENDANT:  Yes, it was translated.

20          THE COURT:  And did you discuss the charges in that

21  indictment with your attorney?

22          THE DEFENDANT:  Yes.

23          THE COURT:  And do you understand that Count One of

24  this indictment charges you with wire fraud.

25          Do you understand that charge?

J3knrimp

1           THE DEFENDANT:  Yes, I understand.

2           THE COURT:  Do you understand that the maximum

3    possible penalty that could be imposed on the crime to which

4    you are offering to plead guilty is a maximum sentence of up to

5    30 years' imprisonment, a term of up to five years' supervised

6    release after your release from prison, a fine of up to $1

7    million or twice the gain or loss from the offense, and I must

8    impose a mandatory $100 special assessment.

9           Do you understand that those are the penalties that

10   can be imposed for the crime to which you are pleading guilty?

11          THE DEFENDANT:  Yes, I understand.

12          THE COURT:  Also, I must impose restitution, if

13   restitution is appropriate, to any victims of the crime.

14   Pursuant to your plea agreement with the government and the

15   consent preliminary order of forfeiture that has been submitted

16   to me with your signature on it that I have signed, you are

17   agreeing to admit the forfeiture allegation with respect to

18   Count One of the indictment and agreeing to forfeit a sum of

19   money equal to $49,738,559.41, which the government contends is

20   the proceeds or is derived from the proceeds of the crime.

21          Do you understand that?

22          THE DEFENDANT:  I understand.

23          THE COURT:  Supervised release means you will be

24   subject to monitoring when you are released from prison and

25   that supervision would be under terms and conditions which

J3knrimp

1    could lead to your reimprisonment without a jury trial if you

2    violated any of the conditions of your release.

3              Do you understand that?

4              THE DEFENDANT:  I understand.

5              THE COURT:  Do you also further understand that if you

6    are a citizen of the United States and I accept your guilty

7    plea, that felony conviction may deprive you of valuable civil

8    rights, such as the right to vote, the right to hold public

9    office, the right to serve on a jury, or the right to possess

10   any kind of firearm.

11             Do you understand that?

12             THE DEFENDANT:  I understand.

13             THE COURT:  Do you also understand that if you are not

14   a citizen of the United States and I accept your guilty plea,

15   additionally that conviction may subject you to deportation

16   and/or deprive you of the right to apply for United States

17   citizenship or to reenter this country.

18             Do you understand that?

19             THE DEFENDANT:  I understand.

20             THE COURT:  Pursuant to your written plea agreement

21   with the government, it specifically indicates that you

22   recognize that if you are not a citizen of the United States,

23   and your guilty plea and conviction make it very likely that

24   your deportation from the United States is presumptively

25   mandatory and that at a minimum you are at a risk of deported

J3knrimp

1    or suffering other adverse immigration consequences.

2            Did you understand that language in the agreement?

3            THE DEFENDANT:  I understand.

4            THE COURT:  And under current law there are sentencing

5    guidelines that judges must consider in determining your

6    sentence.

7            Have you discussed the sentencing guidelines with your

8    attorney?

9            THE DEFENDANT:  Yes, we discussed them.

10           THE COURT:  Do you understand that although there may

11   be a calculation of the applicable guideline range contained in

12   the plea agreement, this Court will not be able to determine

13   your sentencing guideline range until after the presentence

14   report is completed by the probation department and you and the

15   government have had a chance to challenge any of the facts

16   reported by the probation office and its officers.

17           Do you understand that?

18           THE DEFENDANT:  I understand.

19           THE COURT:  Do you further understand that even after

20   I have determined what sentencing guideline range applies in

21   your case, I have the authority to impose a sentence that is

22   higher or lower than the sentence calculated by the sentencing

23   guidelines.

24           Do you understand that?

25           THE DEFENDANT:  I understand.

J3knrimp

1          THE COURT:  Do you understand that if your attorney or

2     anyone else has attempted to estimate or predict what your

3     sentence will be, their estimate or prediction could be wrong.

4          Do you understand that?

5          THE DEFENDANT:  Yes.  That is correct.

6          THE COURT:  No one, not even your attorney or the

7     United States Attorney, can nor should give you any assurance

8     as to what your sentence will be, because as I just said, I

9     cannot determine that sentence until after the presentence

10    report is completed, I have ruled on any challenges to the

11    report, and I have determined whether there are any grounds to

12    depart up or down from the sentencing guideline range, and I

13    must determine what is a reasonable sentence in your particular

14    case.

15         Do you understand that?

16         THE DEFENDANT:  I understand.

17         THE COURT:  Do you also fully understand that even if

18    your sentence is different from what your attorney or anyone

19    else told you it might be or if it's different from what you

20    expect, you will still be bound by the guilty plea that you are

21    entering today; you will not be allowed to withdraw your guilty

22    plea after it is entered, and I will sentence you on the date

23    of sentence pursuant to the guilty plea that you are entering

24    today?

25         Do you understand all of that?

J3knrimp

1          THE DEFENDANT:  I understand.

2          THE COURT:  Now, I have been given a letter plea

3    agreement.  Is that your signature on the last page of this

4    agreement?

5          THE DEFENDANT:  Yes.  It's my signature.

6          THE COURT:  Did you have this agreement translated to

7    you before you signed it?

8          THE DEFENDANT:  Yes.

9          THE COURT:  And did you discuss the terms of this

10   agreement with your attorney before you signed it?

11         THE DEFENDANT:  Yes, we discussed it.

12         THE COURT:  Does this letter agreement constitute your

13   complete and total understanding of the entire agreement as

14   entered into by the prosecutor, your attorney, and you?

15         THE DEFENDANT:  Yes.

16         THE COURT:  Is everything that you understand about

17   your plea and sentence contained in this agreement?

18         THE DEFENDANT:  Yes.

19         THE COURT:  Has anybody promised you anything that's

20   been left out of this agreement?

21         THE DEFENDANT:  No.

22         THE COURT:  Has anyone threatened you or forced you to

23   plead guilty to enter into this plea agreement?

24         THE DEFENDANT:  No.

25         THE COURT:  Do you understand that by one of the

J3knrimp

1  express terms of this plea agreement that you are giving up or

2  waiving your right to file any appeal of the conviction and

3  sentence in this case if the sentence imposed is within or

4  below the stipulated guideline range that's laid out in this

5  plea agreement?

6           Do you understand that?

7           THE DEFENDANT:  I understand.

8           THE COURT:  Mr. Petrus, do you know of any valid

9  defense that would prevail at trial or any reason why your

10  client should not be permitted to plead guilty?

11           MR. PETRUS:  No, your Honor.

12           THE COURT:  Then, sir, why don't you tell me what you

13  did in connection with this charge that makes you guilty of

14  wire fraud?

15           MR. PETRUS:  Your Honor, if I may, at this time my

16  client and I have prepared a written statement and he's going

17  to read it into the record.

18           THE COURT:  Sure.

19           THE DEFENDANT:  From October 2013 until October,

20  approximately 2016 -- I'm sorry, '15 I was involved in a

21  fraudulent scheme with wire money transfers.  And these

22  transfers were coming from two fraudulent companies into bank

23  accounts, which belonged to Quanta Computer Company which were

24  located in Latvia and in Cyprus.  I participated in that

25  fraudulent scheme by pretending and introducing myself as

J3knrimp

1      director of that company.

2              Also, I applied my signature to bank accounts into

3      which money was wired from Internet companies who were the

4      victims of this fraudulent scheme.  I also signed fraudulent

5      contracts and documents which were made by other individuals

6      and presented them to banks so that I could receive fraudulent

7      bank money transfers, and those were wired into the fraudulent

8      bank accounts opened by Quanta Computer Company.

9              These bank accounts were used to receive money wired

10     by fraudulent means, and in particular these transfers were

11     wired through New York.  And I fully understood that my actions

12     were fraudulent.

13             Thank you.

14             THE COURT:  And why did these victims transfer this

15     money?  What were they promised?

16             (Defense counsel and the defendant conferred)

17             MR. PETRUS:  Your Honor, he's ready to answer the

18     question that the Court put to him.

19             THE COURT:  Yes, sir.

20             THE DEFENDANT:  Can you please repeat the question.

21             THE COURT:  Yes.  Why did the victims transfer this

22     money?  What were they promised?

23             THE DEFENDANT:  I am not sure a hundred percent,

24     because I was asked to open bank accounts and after that I did

25     not do anything with these accounts.

J3knrimp

1    THE COURT:  So in what way did you know this activity

2    was fraudulent?

3    THE DEFENDANT:  Well, these were large amounts of

4    money transferred to a new company.

5    MS. CHOI:  Your Honor, may I proffer some facts that

6    may solve this confusion.

7    THE COURT:  Yes.

8    MS. CHOI:  As means of background, I think there may

9    have been -- for clarity of the record I just want to make sure

10   this is clear it is the government's understanding that there

11   were fraudulent transfers that were made into bank accounts

12   that were opened by the defendant.  They were opened in the

13   name of Quanta Computer, which is in fact a real hardware

14   company, but he had nothing do with the real hardware company.

15   He opened these bank accounts.  One victim company sent a

16   series of wires to the first of those bank accounts, and in

17   furtherance of the scheme this defendant submitted, for

18   instance, false contracts to support the transfers, letters

19   that were falsified saying that they were legitimate transfers

20   from a bank and other documents to try to support the fraud.

21   It is not the government's understanding that he induced the

22   victims to make the initial transfers, but he created the

23   infrastructure to further the fraudulent transfers.

24   MR. PETRUS:  I would just add that he created it in

25   part.  I think some of the confusion might have been when the

J3knrimp

1    translation said that he received the funds, but that is not

2    correct.  It was that the funds went to the bank account that

3    he had helped open up.

4                THE COURT:  That bank account was ostensibly for a

5    company that he was not associated with or was not actually

6    doing the business it was held out to be doing?

7                MR. PETRUS:  Yes, your Honor.

8                THE COURT:  All right.

9                Sir, how do you plead to this charge?  Guilty or not

10   guilty?

11               THE DEFENDANT:  Yes, I plead guilty.

12               THE COURT:  And you're pleading guilty because you are

13   in fact guilty of this crime?

14               THE DEFENDANT:  Yes.

15               THE COURT:  And you're pleading guilty voluntarily and

16   of your own free will?

17               THE DEFENDANT:  Yes, of course.

18               THE COURT:  So because you have acknowledged that you

19   are guilty as charged in Count One of the indictment, because

20   you know your rights and are waiving them, because your plea is

21   entered knowingly and voluntarily and is supported by facts

22   containing each of the essential elements of this offense, I

23   accept your guilty plea and adjudge you guilty of Count One of

24   this indictment.

25               Now, the next step will be that the probation

J3knrimp

1    department will prepare a presentence report to assist me in

2    sentencing you.  It is important that the information you give

3    the probation office be truthful, accurate, and complete.  The

4    report is important in my decision as to what your sentence

5    will, be and you and your attorney and the government will have

6    an opportunity to examine the report, challenge or comment upon

7    it, and to speak at the time of sentence before I impose

8    sentence.

9            Why don't we schedule sentencing for -- how is July 24

10   at 10 o'clock?

11           MR. PETRUS:  That is fine with Mr. Rimasauskas and I,

12   Judge.

13           MS. CHOI:  That is fine for the government, your

14   Honor.

15           THE COURT:  All right.  So I will see all the parties

16   at that time.

17           MR. PETRUS:  Thank you, your Honor.

18           THE COURT:  You're welcome.

19           MS. CHOI:  Your Honor, just for my own edification

20   when would you like the submissions for sentencing purposes?

21           THE COURT:  If you can get them to me at least two to

22   four weeks beforehand.

23           MS. CHOI:  OK.  Great.  Thank you.

24           (Adjourned)

25

**B**

May 13, 2019

Judge George Benjamin Daniels
500 Pearl Street, 11A
NY, NY 10007

Dear Judge Daniels,

I have known Evaldas Rimasauskas for more than 15 years since I have been friends with his wife, Olga Rimashauskene.

And I know Evaldas only from the positive side as a kind, sympathetic, decent person. It's hard to count how many times have they hosted us in Lithuania, he has always been hospitable and welcoming! Evaldas never refused to to help both morally and, as far as it was possible, financially. I know for sure that for him a person who is by his side is always a friend whom he must help if there'a such a need!

His father died, and his mother was left with a lot of diseases and poor health. What happened to her son Evaldas has impacted her health and feelings even more.

I am sure that You will understand the situation. I beg You, if possible, to transfer Evaldas to Lithuania, because his sick mother is all alone and no longer believes that she'll ever see her only son again…

Thank you, Your Honor, for reading my message, which is written sincerely and heartily. I hope for your understanding.


Respectfully,
Elena Sarmont

May 30, 2019.

Judge George B. Daniels
500 Pearl Street, 11A
NY, NY 10007

Your Honor, Judge George B. Daniels,

I am Janina Rimasauskiene, Evaldas Rimasauskas' mother. I am 73. I am a senior citizen, and I have many health problems: I have insomnia and nerve system disorders; I have big pains in my back and my joints. All of that exacerbated when Evaldas was taken to the US, and we even did not have an opportunity to bid him farewell. At the time, I even could not even imagine that it might happen to him. Due to my condition, I have to make regular visits to various doctors at hospitals and clinics, who follow my condition on a permanent basis and prescribe medicine for me so that I could move around.

When Evaldas was at home, he used to help me a lot physically and provide me with moral support, especially when we lost Evaldas' father 10 years ago. The father's loss brought huge suffering to Evaldas as he is a very sensitive person. Today, when he is far away from us, he suffers a lot due to my health conditions and stress that he is not in Lithuania. As my son, Evaldas has always been a very good person, very diligent, openhearted, quiet, and responsible since his very childhood, and it seemed he did not lack anything. He used to attend the church during the biggest holidays; he used to go to the movies and concerts, as he admires cultural events. He studied well and worked at the same time to earn the money for living. He had only very good references from his teachers. He had no conflicts with his mates or teachers at his school, as he was a very obedient boy. He attended   a ballroom dance school and took interest in reading paper articles and books. I try to send him e-mails with the press articles about what is going on in Lithuania and in the world.

Now, when he is not with us, he wishes to feel that he is needed and he is taken care of, that we care about his deteriorating health, about his back pains, his operated rupture, and especially about his acute asthma condition and his allergy. His asthma is exacerbated by a humidity, when the thick fog comes and the ventilation in the cell malfunctions. Then he his breathing is endangered and he lacks air. The climatic condition is also not suitable for him. I am deeply worried when we have no news from him during for a day, two days or a week, i.e. no calls or e-mails from his prison, and that sometimes happens when he has no possibility to do so, and then his and my health deteriorate. My blood pressure then is very high and we have to call for the ambulance.

I strongly believe that Evaldas will come back to Lithuania, change his view to life, will have a lot of work to do in his profession, and I will be a happy, secure and loved mother again when Evaldas is beside me. I have no possibility to visit my longing son, as I have no financial resources as a senior citizen and also due to my health problems.

Your Honor, with all due respect I beg you from the bottom of my heart to let Evaldas return to Lithuania, and my life then will become healthier, better, and brighter.

Sincerely Yours,

Janina Rimasauskiene, Evaldas' mother

May 30, 2019

Judge George Benjamin Daniels
500 Pearl Street, 11A
NY, NY 10007

Dear Judge Daniels,

I am writing to you concerning the case with defendant Evaldas Rimasauskas. My name is Darya Sarmont, my mom is a friend of Evaldas Rimasauskas' wife, Olga Rimashauskene. In December, 2013 Olga and Evaldas invited my mom and me to visit Vilnius on Catholic Christmas and stay at their place. I was so excited, I've never been to Europe on such an amazing holiday and also wanted to get acquainted with Evaldas. I knew from my mom that he was a lovely man.

That was one of the warmest stays in my life. I was lucky to watch Evaldas be so gentle and hospitable to us. And what impressed me even more was the way he loved Olga, his wife. Even until now haven't I seen such a loving husband from all the husbands I've met. From that moment, I truly understood how I would like my future husband act towards me and my friends. We would sit in the kitchen (my mom, Olga and I) and Evaldas could come in just to give a hug to Olga and sit for a while with her (perhaps during those days he couldn't have enough of her). Evaldas was really nice to bring me to the shopping center, although that was quite a rainy day (even my mom refused to go with me). Evaldas brought me to the mall and, when he was picking me up after a couple of hours, he was so disappointed that I couldn't find proper boots, that he drove me to another mall and told that we could drive back and forth to any malls I wish until I come across what I was looking for. I felt uncomfortable since I didn't want him to waste time on my burdensome shopping, but he heartily insisted. Just the man of all the girls' dreams.

The things I've told above left a pleasant mark on my heart. What I've seen and discovered from several days of staying with their family is that Evaldas is a loving and kind-hearted man. I would love to meet him in person a lot more times in the nearest future. Hope to see him soon.

Unfortunately, there's no opportunity neither for me nor for Olga, his wife, and also for his old and ill mother to come to the USA. That's why I kindly ask to send him to Lithuania. Olga, his mom, and us haven't seen him in such a long time and their pain is just impossible to observe and be a part of anymore. Thank you.


Respectfully,

Darya Sarmont

Juni 13, 2019

500 Pearl Street, 11A
NY, NY 10007

Dear Judge Daniels,

We, Sadaunichy Aleh and Sadaunichaya Aksana, as a couple would like to give our positive feedback and characteristics to Evaldas Rimasauskas.

From our point of view he is kind and responsible person.

At the moment we are living in Netherlands but originally we are from Belarus. It is hard to describe how thankful and grateful to Evaldas we are as he was helping many times one of our mothers who lives in Belarus alone and needs assistance quite often. It was always a good will and our gratitude for all the deeds is great. For example by her kind request Evaldas with his wife came to Netherlands to pick up the dog which was living with us and bring it to Belarus.

Time we spend together in Amsterdam left pleasant memories and good feelings. He is very nice and responsive person and made a very good impression on us.

We are hoping for smooth resolution of his difficult situation.

Respectfully,
Aleh Sadaunichy
Aksana Sadaunichaya

Judge George Benjamin Daniels
500 Pearl Street, 11A
NY, NY 10007

Dear Judge Daniels,

I am writing to you about the defendant Evaldas Rimasauskas. I know Evaldas Rimasauskas for almost 20 years. He is a relative of my very good friends, with whom I've been friends for a number of years. And of course, I have a definite opinion about him. My opinion is truly positive. I know Evaldas as a wonderful husband, caring son, a man whom you can always ask for help. After my husband's death, I've been living alone, my son lives and works in the Netherlands. Living far away from my son doesn't give him an opportunity to provide me some kind of help, in which, like every person in years, I often feel the need. And most of the time, I used to ask Evaldas for any kind of help and he never refused to support me. For example, it was Evaldas in August, 2015 who drove through the whole Europe by car to bring me my dog from Amsterdam (there were circumstances where I could not use the transport services). Evaldas Rimasauskas is a kind and responsive person, and in this I was repeatedly convinced both by the examples of help to me directly and by the examples of his help related to other people. There are such situations in life, when it is difficult to be silent and stand aside. I hope that Evaldas Rimasauskas' good personal qualities will be taken into account when coming to a decision. Thank you.

Respectfully,

Natallia Suddzeva

25.06.2019.

Judge George B.Daniels
500 Pearl Street, 11A
NY, NY 10007

Your Honor, Judge George B. Daniels,

I am Joana Tolvaishiene, Evaldas Rimashauskas' sister. I am 45; I work for a big international company.

Evaldas is 6 years my senior, and we have been very good friends since our childhood. He has helped me a lot when I had a hard period in my life: I am divorced, and I raised my daughter all by myself. She is 20 years old now, and she is Evaldas' goddaughter. He has helped me much and supported me; he used to repeat that everything was going to be all right, and I believed him.

We have never lacked anything since our childhood – neither our parents' love nor any material things. We have had plenty of everything. My brother is a responsible, conscientious and laborious person. We are going through a very difficult period right now. Evaldas and I worry a lot about the health of our mother, and he cannot help us in any way. The only thing he can do is call us or e-mail us. I also worry about Evaldas' health, especially about the acute condition of asthma that exacerbated in the US prison due to humid climate there. We miss him so much, his mother is crying every single day. It is so difficult morally to live through it all.

Your Honor, it is with my deepest respect that I ask you to take a fair decision, and I do hope to give a hug to my brother soon.

Sincerely Yours,

Joana Tolvaishiene, Evaldas' sister
Vilnius, June 25, 2019.

June 26, 2019

Judge George Benjamin Daniels
500 Pearl Street, 11A
NY, NY 10007

Dear Judge Daniels,

My name is        . I am        . I am writing to you as teenager about a man who is considered to be a member of our family! I know that Evaldas is a very kind, open, responsive, understanding person and is always ready to help. We have known their family for many years. I know that this person is always ready to help and support, I know that in a difficult situation he could always find the words of consolation for me and explain how it would be right to act, I know that this man always wants the best things for me.

It was him whom I learned from how to cook the most delicious donuts, he always helped me to knead the dough, so the donuts were very gentle and airy, he always talked about some incredible dishes that I immediately wanted to try. Or just told stories from his life. Well, not to mention these hot donuts which he made everyone try, even the people who were the most indifferent to sweets or worried about their weight — they did that with pleasure. He knew that we cooked them together and they always turned out great.

He could leave all his stuff-to-do and the company of adults to spend time with me and listen to me. I know that he is as sweet tooth as I am, but there has already passed a long interval of time, and I just can't make the same donuts without him. I really want, according to his advice, to try famous Lithuanian waffles that are cooked in one family cafe he told me about. And also, I just really want us to make donuts together again.. Unfortunately, we don't have the opportunity to meet and talk with him now.

I really want him to hug me again and call his "donut". To be woken up with the music he played and the wet paws of his dog in front of our faces, I want him to cook his specialty sandwiches .. want this to happen as soon as possible.

I beg you, dear Judge Daniels, to treat him fairly and give us back a wonderful person - Evaldas Rimasauskas. Thank you.

Respectfully,

June 26, 2019

Judge George Benjamin Daniels
500 Pearl Street, 11A
NY, NY 10007

Dear Judge Daniels,
I am writing to you about the defendant Evaldas Rimasauskas. I appeal to you with great pain in my heart, with huge worries from all our family. These worries are connected with the fate of our friend Evaldas Rimasauskas.

Friendship of our families has been lasting for twenty years and we value it very much! We are worried about each other's problems or failures, and we are also sincerely happy for each other's blessings and success. One of the links of our friendship is Evaldas Rimasauskas, a man with a capital M! A friend, who will always come to rescue, will give advice, will help physically and financially. And for him to do that, one doesn't need to tell Evaldas about their problems... He is there, he always understands where he can support. This person is a true diplomat, he stays very restrained and patient in any situation, will always find necessary words and approach to anyone to build good relationships, we have never ever heard him use a high tone in communicating with anyone. Sensible and intelligent, calm and full of respect for all the people, regardless of their age and position within society. A family man: we always see the love and respect with which he treats his wife Olga. How many feelings can one observe in his eyes and words, deeds. Their family has a lot of traditions associated with the expression of respect and love confirming this. With healthy competition and happiness, we are observing such a wonderful relationship over the years. Even in today's difficult situation, taking care of one another and showing respect take central place in Evaldas' family.

Also, Evaldas is a wonderful son, brother, uncle and godfather! A person with absolutely honest, wise, good motivation for life, not able to betray! Very responsible and decent. Optimist, despite difficult situations in fate. With a great sense of humor. All these qualities prove - he's a strong man!

My family and I are very happy that we have the opportunity to communicate with him through all these years. In many moments of life, I set him as an example to my children. We're very worried about his fate! We are waiting for him and love him! Dear Judge Daniels, please, see into this strange and difficult situation! As soon as possible, bring us back a wonderful friend, husband and son! Thank you

Respectfully,
Elena Konashevich

Judge George Benjamin Daniels
500 Pearl Street, 11A
NY, NY 10007

Natallia Borodina
Ostroshitskaya Street, 2-7
Minsk, Belarus 220125

Dear Judge Daniels,

I am writing to you about the defendant Evaldas Rimasauskas. My name is Natallia Borodina, I've know Evaldas for about 5 years, he is a good and kind person. But i know his wife Olga a bit more. It's hard to find a person with such a big heart, and an open unselfish soul. Olga will never pass by someone else's misfortune, she'll simply help those who need her help. It doesn't matter whether it is a friend or an unfamiliar orphan child from a shelter for orphans. She always helps with a kind word, sympathy, supporting everybody whom she can.

And now Olga is suffering because her beloved husband is in trouble. And her mother died recently. It is very difficult to survive 2 griefs at the same time. Evaldas's mom is waiting for him. She is 70 years old. All her suffering is reflected in the pain of her sick heart.

A husband and wife is a pair of close friends, and they'are alike  in their acts, thoughts. And Evaldas is similar to Olga. With his kindness, responsiveness and trustfulness.

This small family of loving people has many friends and those who support and empathize them. My 13-year-old daughter and I believe and hope that the Court will let Evaldas go back to his family. Where his wife Olga, an old mother and a cute dog Khanna are waiting for him.

Respectfully,

Natallia Borodina

June 29, 2019

Judge George B. Daniels
500 Pearl Street, 11A
NY, NY 10007

Dear Judge Daniels!

I'm writing an emotional letter, but that's exactly what I want to do.

Each year, getting older, I realize for myself something really important: the values which in the past seemed essential, as a result appeared to be not in the 1st place in my life. Successful business, money, the ability to influence different situations and people appeared to be not that important in comparison with my beloved ones: my family, friends, the place I was born and my country. And that's the exact order.

I realized what exactly brings me genuine pleasure - that's being beside them, love them, take care of them. Value this all which was given me by God and the universe. All these things are my universe.

It happened, that Evaldas is also a part of my universe. A sincere, reliable friend who also has a family - his beloved wife, a mother and friends. And it's very important for him to have time to be with them, take care of them, feeling the joy from it.

Evaldas has always been there for me, offered his help, insisted on it. Even when I refused to accept it, he used to tell me "yes, I know you're strong, but I can help you, accept my help". I appreciate it very much.

I represent the                                          . I train children, young men, professional athletes, the national team of the Republic of Belarus in Thai boxing and kickboxing. And, although Evaldas is directly far from the sport, he's still close to us - he has always supported me, my athletes, helped us in competitions, participated in the life of the club, talked to and has been friends with my students.

I ask you, dear Judge Daniels, not to deprive him from his freedom, from the time that he can give to the care for his loved ones, his family and friends.
Respectfully,

Dmitry Piasetsky,
Evaldas Rimasauskas' friend

July 01, 2019.

Judge George B.Daniels
500 Pearl Street, 11A
NY, NY10007

Your Honor, Judge Daniels,

I am Gabija Striskaitė, Evaldas Rimasauskas' goddaughter.

Many think that one meets his/her goddaughter once a year or a month to be together for a short period. However, it is not true about Evaldas and me. I was born on Evaldas' birthday, and he said many times that I was his biggest and most precious birthday gift. We have always celebrated our birthdays together. Now, unfortunately, everything we can do is send a greeting card to each other and wish to be strong with a hope that perhaps next year we will be together. However, this hope has been with us for nearly 3 years now. I have spent most of my childhood with him, and we are like one soul in two bodies. We are identical in our way of thinking and in our character. I understand him very well and now how badly he feels there over the ocean, when he receives letters from us saying that my grandmother's (his mother's) health has been deteriorating, and he is not able to do anything and help us in any way. He is a very caring person. His bond to his mother and my mother (his sister) is very strong. Each of us is not able to comprehend this situation – why, how and what for.

Evaldas is very important for his mother. When he was flown away, her health deteriorated immediately. It was a consolation for her when he was here, in a Lithuanian prison. She was able at least to see him any time over a glass window and talk to him for hours that flew like a few seconds. I believe that he is dreaming about it now, as everything you need in such situations is support from your loved ones and visual contact with them.

When he was flown away, the only thought in our heads was "Why?", and all his good deeds went through our minds. When I was a little girl, my grandmother and mother used to tell me the story of how Evaldas as a young boy went to fight for the independence of Lithuania at the TV tower. He was not afraid of the Russian tanks and shooting. Everything he wish for was independent Lithuania and security for his loved ones and all the people of Lithuania that we have now. Thus, I still cannot find an answer to my question "Why?". He has been not only godfather to me. He has been my father, mother, my best friend and my best teacher in all areas. All I have now is thanks to him. He cultivated many values and helped in developing many good characteristics in me.

I do hope that you will read our letters and think about our family. Evaldas is still a comparatively young man, and he can still work for the benefit of our future and his country, Lithuania. We all make mistakes that we can learn from. I can assure you that he has learned his lesson as there is nothing worse than being put behind the bars with no opportunity of seeing your loved ones. I do hope to give a hug to my uncle soon or at least see him in Lithuania.

Sincerely Yours,
Gabija Striskaite

July 02, 2019

Judge George B. Daniels
500 Pearl Street, 11A
NY, NY 10007

Dear Judge Daniels,

I am Vladimir Rogovtsov, a father of Olga Rimasauskene, who is Evaldas Rimasauskas' wife. I have known Evaldas since 1996, and in 1998 he became a husband of my daughter.

Evaldas is a very beautiful person inside, kind and caring man, attentive to us, the daughter's parents. He's been always calling, asking about our health, how he can help. My wife was sick for quite a long time, and Evaldas helped us a lot, bought needed medicines. When hooligans robbed me and beat me, Evaldas took me to doctors and drove me to required medical procedures. He never forgets birthdays, as well as a wedding day with my daughter. And every month, on the 12th of September (their wedding anniversary) he brings flowers to my daughter. And even now, by his request, friends always bring a bouquet from Evaldas to Olga on this day.

In December, my wife, Olga's mother, died, and I am depressed, my heart is broken, and the blood pressure isn't stable. After the death of her mother, Olga lives with me to support me morally. My health and financial situation don't allow me to fly to the United States, so, please, I kindly ask to send Evaldas Rimasauskas home, to Lithuania. I communicate with Evaldas' mother, Janina Rimasauskene, and I know how much the separation from her son affected her health, they mean a lot to each other. She also  wants Evaldas to return to his homeland very much, which will provide an opportunity to meet with him.


Respectfully,
Vladimir Rogovtsov

July 3th, 2019

500 Pearl Street, 11A
New York, NY 10007
Geoge B. Daniels

Your Honourable Judge:

I don't have the opportunity to be in New York at the moment and can not attend the trial. I am very grateful for you taking the time to read this letter. I am writing to urge leniency in the sentencing of Evaldas Rimasauskas.

My name is Lana. I am a life long friend of Olga, Evaldas's wife. We have known each other since birth. She is like a sister to me.

I was a bridesmaid at the wedding of Olga and Evaldas on September 12th, 1998. After awhile, Evaldas became my friend too, one of the dearest friend. I could ask him for anything! Things like helping with bulky shopping, assembling furniture when moving, picking up my boyfriend from the airport, and many more day-to-day problems. Evaldas never refused, always helped me, tried to find right words!! Even now through e-mail he gives me advice and support! He is very-very kind person with open heart, polite, trusting and unselfish.

I have lived in Olga's and Evaldas's Moscow apartment for about a month while looking for a place of my own. Many times I spent weekend with them in Vilnius. They had always been warm and hospitable.

I know very well what good and tender relationship they have in their family. I have never met a more united loving caring couple. Evaldas loves his wife so much! I cannot imagine he goes to sleep now without kissing her. Every month on the 12-th he gave Olga flowers! Every month during 19 years!

And I know how bad Olga feels now. Her health is declining after Evaldas was taken to the USA. Olga has to regularly visit mother-in-low (72 years old) to support her emotionally, also to help her with farming which is quite difficult.

Olga lost her own mother just 5 months ago (can suggest about one of the reason). Of course it was a really big stress for her. To be left without her mother, to be far away from husband. She is absolutely exhausted and powerless. Olga doesn't have enough money to come to the USA to be close to her husband. She doesn't have any friends in America who can help her during these roughy times. Also she can't leave her father who is 76 years old and needs constant attention.

It happened several times when Evaldas was not in touch and it was truly terrible. Without messages, without a call, without any information about him. To be in touch just by email is absolutely not enough!!

Your Honourable Judge, I am begging you for leniency in sentencing!

Please, send Evaldas Rimasauskas back to Lithuania! So that family and friends could reunite with him, to talk, to hug, to see the smile on his face. There are so many lives effected by him being gone.

I pray and hope to see him and his wife together.

Respectfully,

Lana Vorontsova

July 8, 2019

Judge George Benjamin Daniels
500 Pearl Street, 11A
NY, NY 10007

Dear Judge Daniels,

I am writing to you concerning the case with defendant Evaldas Rimasauskas. I know Evaldas for over 20 years. Our acquaintance was unexpected and full of memories for me so far. It was his wedding with my childhood friend Olga, his current beloved wife. It was September 1998 and I remember that month well, because then my eldest son was born.

Evaldas became my friend, became a friend of my family, my children. Further years did not allow us to meet often. Evaldas worked in Russia, then in Lithuania. But each meeting with him was for us a small family warm holiday. It was Evaldas who taught me to cook a national Lithuanian cold vegetable soup with kefir. And his funny accent has always been a subject for our wacky jokes.

Now my eldest son serves in the Army, and when I meet him, he always asks me a question: "How is uncle Evaldas? When will he be back?". And I do not know what to answer…

Dear Judge Daniels, Evaldas is a good person. And we will very thankful if you send Evaldas to his Motherland Lithuania.

Thank you!


Respectfully,
Kirill Saverchenko

July 8, 2019

Judge George Benjamin Daniels
500 Pearl Street, 11A
NY, NY 10007

Your Honor, Judge George B. Daniels,

I am writing to you concerning the case with defendant Evaldas Rimasauskas. I am Olga Rimasauskene, Evaldas Rimasauskas' wife.
I know Evaldas from 1996. We got married in 1998. During all these years Evaldas has surrounded me by his unconditional love and the warmth of his soul. He is my closest human being. Evaldas is not only my beloved husband, but also my very best friend and my closest soul in the entire world. Without him, I permanently have a heavy heart and an empty soul.

Evaldas is a bright, infinitely kind, honest, romantic and reliable man. He has a tender heart. He is a caring and thankful son. Evaldas' mother is a very important person to him. And she needs him like air. He's a good brother, who will always help his sister, supports her and her daughter morally and financially, and treats his goddaughter as his own child. Evaldas is a faithful and sincere friend. He sincerely and selflessly helps those who need help. He's helped not only his friends and family, but also his employees: he paid for their medicine and doctor appointments if they didn't have enough money. He helped one of the Lithuanian dog shelters and did this incognito, he just brought the necessary food, goods and didn't tell anybody. Our dog really misses him. She lights up when she hears his voice on the phone.

Unfortunately, due to Evaldas' health issues, we can't have children. Evaldas went through a continuous treatment, which didn't help. Doing a special in vitro fertilization required a lot of money which we didn't have. In addition, starting with 2013, Evaldas began drinking alcohol more than he usually had used to. From 2014 to 2016 I even consulted with a doctor who, with the help of medicine, rescued Evaldas from heavy drinking bouts (he could drink for several months every day, several times to such a state that he did not even recognize me). That was a hard time. But even at this state, Evaldas still remained a very kind and caring human. In February, 2017 Evaldas told me, that he would go to a doctor to get rid of his addiction because he loves me a lot and can't handle the issue himself. And after that, we planned to do the in vitro fertilization. Unfortunately, in 2017 Evaldas was detained.

I'm extremely concerned about Evaldas' health. He has asthma. And in America, due to undesirable conditions, the illness escalates. He has sore back, an operated inguinal hernia and there is a high possibility of a second hernia.

Your Honor, I love my husband with all my heart. He is a part of my soul. After he's been arrested, my life stopped. And on December 24, 2018 my mother, who supported me with all her heart, died. I pray for her soul and feel her invisible presence. I don't live without Evaldas, I just exist. I believe in a Miracle and pray to God to have my husband back to his homeland as soon as possible, my closest and my dearest human!

Respectfully,
Olga Rimasauskene, Evaldas' wife