*Paul D. Petrus Jr.*

Attorney at Law & Associates, P.C.

The Empire State Building
350 Fifth Ave., Suite 4020
New York, NY 10118
212.564.2440
www.petruslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 0 2019

SO ORDERED

September 20, 2019

The Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11A
New York, NY 10007-1312

SO ORDERED

SEP 2 0 2019

The sentencing is adjourned
from September 25, 2019 to
November 7, 2019 at 10:00
a.m.

*George B. Daniel*

HON. GEORGE B. DANIELS

## Re: USA v. Evaldas Rimasauskas, 16 CR 841 (GDB)

Dear Judge Daniels:

Greetings. I write to request an adjournment for the above-mentioned case scheduled for a Sentencing on September 25, 2019, before your Honor. On September 18, 2019, the US Attorney's office sent my office a substantial sentencing submission and my office needs time to review and respond. Therefore, I wish to adjourn this matter to any date between October 23, 2019 and October 30, 2019, or any time after November 5, 2019. There has been one (1) previous request for an adjournment from the defense, and the US Attorney's does not object to this application.

Thank you for your consideration. Please advise.

Yours,

Paul D. Petrus Jr.

$\mathcal{P}aul\ \mathcal{D}.\ \mathcal{P}etrus\ \mathcal{J}r.$ 

Attorney at Law & Associates, P.C.

cc: Assistant U.S. Attorney
    Eun Young Choi
    Olga Zverovich
    One St. Andrews Plaza
    New York, NY 10007
    Via Email: eun.young.choi@usdoj.gov and olga.zverovich@usdoj.gov

    Emily Frankelis U.S. Probation Officer Specialist
    500 Pearl Street
    New York, NY 10007
    Via Email: Emily_Frankelis@nysp.uscourts.gov

2