UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Evaldas Rimasauskas,<br><br>Defendant. | **Order of Restitution**<br><br>16 Cr. 841<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: DEC 19 2019 |

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Eun Young Choi and Olga Zverovich, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Evaldas Rimasauskas, the Defendant, shall pay restitution in the total amount of $26,479,079.24 to the victim of the offenses charged in Count One. The name, address, and specific amount owed to the victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

03.14.2019

**2. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

    DEC 1 9 2019

*George B Daniels*
UNITED STATES DISTRICT JUDGE